**RECEIVED**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MAY −8 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Larry Oruta_

,

**Plaintiff(s),**

vs.

_Jong Beck_
_Cece Demenica_
_Imperial Towers:_
_a.k.a. County_

**Defendant(s).**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

**1:17-cv-03459**
**Judge Harry D. Leinenweber**
**Magistrate Judge  Sidney I. Schenkier**

---

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner.  Please read the directions and the numbered paragraphs carefully.  Some paragraphs may not apply to you.  You may cross out paragraphs that do not apply to you.  All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.      This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.      The court has jurisdiction under 28 U.S.C.  §§ 1343 and 1367.

3.      Plaintiff's full name is      _Larry     Oruta_                .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _____, is

                                              (name, badge number if known)

    ☐ an officer or official employed by _____;

                                              (department or agency of government)

    _____ or

    ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

    acted is _____ Judge Patrick OBrien As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6. On or about _9-12-12_, at approximately ___2.00 pm___ ☐ a.m. ☒ p.m.

             (month, day, year)

    plaintiff was present in the municipality (or unincorporated area) of _Cook Count_

    _Chicago_____, in the County of _Cook_____,

    State of Illinois, at _50 W. Washington Ste 1100_,

             (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

    ☒   searched plaintiff or his property without a warrant and without reasonable cause;

    ☒   used excessive force upon plaintiff;

    ☐   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

    ☐   failed to provide plaintiff with needed medical care;

    ☐   conspired together to violate one or more of plaintiff's civil rights;

    ☒   Other:

       Defendant Jong Beck searched

       plaintiffs property without a warrant

       at 4250 W. Marine Dr on 10-15-05

2

_pending court proceeding at Cook Cou._

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*): _Defendant failed To_
    _Shaw restraint for Cook County_
    _Sheriff Service to remove property_
    _Also stole some of my property._

8.  Plaintiff was charged with one or more crimes, specifically: _N/A_
    _Plaintiff was barred Wrongfully_
    _from 4250 N. Marine pending_
    _court proceedings by Hon. Edward_
    _Washington._
    _____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal
    proceedings under "Other"*) The criminal proceedings

    ☐  are still pending.

    ☐  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____

    _____

    ☒ Other: _Plaintiff was granted final_
    _Judgment on 9-27-12._

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
    may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
    conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Plaintiff was denied due process & Constitutional rights granted in The US Constitution pursuant title 28 usc (1331) under article III sec (2) from a declaratory Judgment granted on 6-7-07 and 9-22-12.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

Plaintiff, harry Oruta was injured with irreparable damage by loss of property and a place to live for 10 yes pending litigation Cook County having stayed relief wrongfully.

13.    Plaintiff asks that the case be tried by a jury.  ☒ Yes   ☐ No

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.      ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Larry Oruta (Oruta)_

Plaintiff's name *(print clearly or type)*: _Larry Oruta_

Plaintiff's mailing address: _807 Lindenwood Dr_

City _South Bend_     State _Ind_   ZIP _46637_

Plaintiff's telephone number: (574) 386 5705 .

Plaintiff's email address *(if you prefer to be contacted by email)*: _____


15.     Plaintiff has previously filed a case in this district.  ☒ Yes ☐ No

*If yes, please list the cases below.*

05CV1170, 08CV1518, 1-17CV0865

*Any additional plaintiffs must sign the complaint and provide the same information as the first
plaintiff. An additional signature page may be added.*

TO THE   UNITED STATES DISTRICT COURT OF NORTH EASTERN ILLINOIS

RECEIVED

2017 MAY -5 PM 5: 58

CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Larry  Oruta | ) | Removal  from  cook county  to  US  federal  court |
| Plaintiff | ) | case# _____ |
| VS | ) | Judge  _____ |
| Jong  Beck | ) | 5-5-17 |
| Cece  Domenica | ) | |
| Imperial   Towers | ) | |
| Cook  County  C\O  state  atty. | ) | |
| Office | ) | |
| Defendants | ) | |

REMOVAL NOTICE:

UNDER STATURES:  28USC 1443,  28USC (1441)(a),  JUISDICTION  UNDER  2.16,  JURY DEMAND81(c )

I ,Larry  Oruta, plaintiff   in the above entitled  cause   seek to remove   to this court  in support thereof

Alleges the following:

1  Defendants  Jong  Beck, Cece Domenica,  Imperial  Towers   and cook county  intentionally  conspired

  Constructive  eviction  on  10-15-05  pending  legal proceedings   at cook county  municipal court.

2 Defendant  Jong  Beck  wrongfully  stole  plaintiff's  property  pending   court proceedings with

False claims  of  rent  owed  having waived  rights to  any rent  and judgment was entered   against

Him  later  0n  6-7-07   while serving  med-care  fraud  Indiana

3  Defendant  Cece  Domenica  false  statements  in private chambers with Hon Hyman  from

   Relief of judgment entered   against her for false  rental unit  after  being  paid  $ 1350.00

On  8-12-05  and also on  8-18-12  judgment  entered by Hon  for failure  to appear  for  the fraud
charge  for failure  to rent  unit  paid for  previously  and  claimed not paid while  plaintiff was
homeless.   In the meantime  defendant  Imperial  Towers  manger  barred plaintiff from  the  bldg.
after  lease papers were signed.  4 Thus  plaintiff  has suffered  irreparable  damage  for  several  years.

4  cook county  municipal court  wrongfully  stayed plaintiff 's  judgment  on 7-22-07  and 9-22-09

   Against  defendants  under color  of state law  by  wrongful  denial of citations  previously  granted

   By  Hon  Schneider  who granted plaintiff  a final judgment .

5  Hon  P. O'brien  denied  plaintiff  removal  of a stay  and grant relief  to citation  on grounds of race

   Defendant  having  failed to appeal in court  on  9-12-12.  Also Hon O'brien  blamed plaintiff  for lose

Of court record missing fro managerial clerk  Mike MCintash  at clerk's office after it was in his

   Possession  after the appeal  on  8-15-12.

6  A court of appeals  wrongfully ruled on the dismissal of the  appeal  after  the lose of the  record

   From the clerks office  on 8-15-12, plaintiff having filed for extension  of time  timely.

7  Plaintiff  filed a civil  Rights act  against  the three  defendants  for constructive  eviction  in

   Which  the manager for  imperial towers  made false statements to ILHR  investigator  Ed Rogers

   Which created  a hostile  environment  to complete the  allegations.

8  Wherefore ,  the state court failed to grant relief to plaintiff on grounds of  race  from violation of

   State color of law  and denial of  due process  of US  constitutional rights  under title  28USC(1331)

   Of art. III  sect. 2.

9    Wherefore,  plaintiff  seeks relief  in the amount of  $ 50,000/00  for  irreparable damage  and

   Thus  grant this  removal  under title 28USC(1443)(a)(b)(1)  and  title  28USC(1441)(a), with a jury

   Demand  81(c) ).

10  ЄҰНІ ВІ ТЅ

Respectfully  submitted,

Larry Oruta

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Larry Ohurts

v.

Jong Beck

No. O6MI-6125

### NOTICE OF MOTION

To: Jong Beck
4730 N. Marine Dr
Chicago, IL 60613

On 8-21, 12, at 2:00 a.m.
p.m. or as soon thereafter as counsel

may be heard, I shall appear before the Honorable Hon. O'Brien or any Judge sitting in that

Judge's stead, in the courtroom usually occupied by him/her, located at 1104

Daley Ctr 50 W Washington St. Chicago, Illinois, and present

Name Larry Ourts   Atty. No. 99500   Pro Se 99500

Address 803 N. Kentwood Dr   Attorney for

City/State/Zip South Bend   Telephone 773-631-7751

### PROOF OF SERVICE BY DELIVERY

I, Larry Ourts , the attorney/non attorney* certify that on the 9 day of
(*strike one)

August , , I served this notice by delivering a copy personally to each person to whom it is directed.

Date 8-9 , 12

Signature/Certification

### PROOF OF SERVICE BY MAIL

I, Larry Ourts , the attorney/non attorney* certify that I served this notice by mailing
(*strike one)

a copy to Jong Beck at 4730 N. Marine Dr

(address on envelope)

and depositing the same in the U. S. Mail at Has Post Office Thompson Ctr

(place of mailing)

at 5:00 a.m.
p.m. on the 4 day of August , 12, with proper postage prepaid.

Date 8-9 , 12

Signature/Certification

**NOTE:** If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

THE PLAINTIFF IS GARNISHING YOUR BANK ACCOUNT

**CLERICAL DESK**
**CIVIL PROCESS DEPUTIES**

WESTERN AV
CHICAGO IL. 60618

PRO 52
X
X XX. 00000
773 328-7850

**IMPORTANT**

PLAINTIFF LARRY ORUTA

SERVICE INFORMATION: ████████████ 08/30/2007 ALM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RETURN OF GARNISHMENT — NON-WAGE SUMMONS ONLY BY SHERIFF:

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE GARNISHEE DEFENDANT TOGETHER
WITH FOUR (4) COPIES OF THE INTERROGATORIES AND ONE (1) OF THE
UNDERLYING JUDGEMENT OR CERTIFICATION, AND ONE (1) OF THE GARNISHMENT
NOTICE SPECIFIED ON SEC. 12-705 OF THE GARNISHMENT ACT AS FOLLOWS:
SERVICE ON: CORPORATION ✓ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
BY LEAVING COPIES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR
PARTNER OF THE DEFENDANT

(B) 'CERTIFICATE OF MAILING'
I HEREBY CERTIFY THAT WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE, OF
THE GARNISHMENT SUMMONS, INTERROGATORIES AND GARNISHMENT NOTICE. I SERVED
UPON THE JUDGEMENT DEBTOR IN THIS CAUSE A COPY OF THE GARNISHMENT SUMMONS
AND GARNISHMENT NOTICE, BY FIRST CLASS MAIL TO THE JUDGEMENT DEBTOR'S
ADDRESS AS INDICATED IN THE GARNISHMENT NOTICE
ON _____ DAY OF _Aug_ 20__ _Valtys Kinsel_, DEPUTY

(C) THOMAS J. DART, SHERIFF, BY: _Valtys Kinsel_, DEPUTY

1  SEX _M_/F   RACE _W_   AGE _30_
2  NAME OF DEFENDANT   NORTH COMMUNITY BANK   _DAVID NORVELL_
   WRIT SERVED ON

THIS _6_ DAY OF _Aug_, 20 _07_ TIME _10:54_ A.M. P.M.

ADDITIONAL REMARKS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _Bank_

NEIGHBORS NAME _____

ADDRESS _____

REASON NOT SERVED:

| | ATTEMPTED SERVICES | |
|---|---|---|
| | DATE | TIME A.M./P.M. |

07 EMPLOYER REFUSAL
08 RETURNED BY ATTY
01 MOVED            09 DECEASED
02 NO CONTACT       10 BLDG DEMOLISHED
03 EMPTY LOT        11 NO REGISTERED AGT.
04 NOT LISTED
05 WRONG ADDRESS    12 OTHER REASONS
06 NO SUCH ADDRESS  13 OUT OF COUNTY

TOTAL   .00

SG1C 0000

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
_____ MUNICIPAL DISTRICT

No. _____

## TRIAL CALENDER

Present before the Court: ☑ Plaintiff(s)   ☐ Defendant(s)   ☐ Plaintiffs' Counsel   ☐ Defendants' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction of the subject matter

IT IS HEREBY ORDERED:

4213  ☐ Alias Summons to Issue for _____
4292  ☐ Amended Complaint or Petition - Allowed
4295  ☐ Close Discovery - Allowed
4235  ☐ File Counterclaim or Cross Complaint - Allowed
4234  ☐ File Appearance or Jury Demand Answer or Plead Allowed
4219  ☐ Defendant _____
4247  ☐ PROVE UP on _____
4406  ☐ Set for STATUS: All parties must appear _____
4482  ☐ Set for TRIAL on _____
4485  ☐ Case Dismissed for Want of Prosecution _____
4011  ☐ Case Dismissed by Agreement of Parties or Cause ☐ with ☐ without _____
4031  ☑ Ex-Parte Default Judgement for Plaintiff in _____ ☐ with ☐ without _____
4201  ☐ Judgment for Plaintiff after trial for $ _____
4093  ☐ Assess Costs - Allowed _____
4102  ☐ Judgment for Defendant _____
4027  ☐ It being further agreed that _____

☐ Order Final and Appealable
☐ See Attached Orders
The date of _____ is hereby _____

y. No. _____
ant: _____
r for: _____
ress: _____
State/Zip: _____
phone: _____

ENTERED:

Judge: _____

Judge's No. _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Order/Motion Call    (This form replaces CCM1 0642)

CCM N624-5M-3/08/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DISTRICT

LARRY OKWTA

v.

CECE DOMENICA

LINE NO. _____

No. 06M1-111225

## MOTION CALL ORDER

Present before the Court: ☑ Plaintiff(s)  ☐ Defendant(s)  ☐ Plaintiff(s)' Counsel  ☐ Defendant(s)' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED that the Motion:

1902 ☐ to Vacate DWP of _____

1902 ☐ _____

1902 ☐ to Vacate Default Judgment of _____    is GRANTED.

1482 ☐ and this case is set for Trial on _____    is DENIED.

1482 ☐         for Status on _____, at _____ a.m./p.m. in Rm.    is GRANTED.

1902 ☐ to Vacate the Default Judgment of _____, at _____ a.m./p.m. in Rm.

1902 ☐ to Vacate the Dismissal of _____    is DENIED.

001 ☐ and case is reinstated; Judgment for _____    is GRANTED.

384 ☐ in the amount of $ _____

280 ☐ to Vacate Installment Order of _____

280 ☐ for Summary Judgment in favor of _____    is GRANTED, Judgment to stand.

226 ☐ to Dismiss as to Defendant _____    is GRANTED.

226 ☐ _____    is DENIED.

) ☐ Motion to/for _____    is GRANTED.

) ☐ for HEARING at _____ a.m./p.m. on _____    is DENIED.

) ☐ with the following briefing schedule: _____    is CONTINUED.
_____    in Rm.

) ☒ Judgment is entered in favor of the Plaintiff _____
the Defendant

) ☐ _____    in the sum of $ 6000    and against _____    plus court costs.

) ☐ See Attached Order: _____
_____

ty. No.: _____

ame: _____

ty. for: _____    ENTERED:

dress: _____    Associate Judge Martin P. Moltz

y/State/Zip: _____    Dated: _____ 0 8 2009

MPM

Circuit Court-1960

ICIPAL
S. NUMBER 327987-601N CASE NUMBER 06M111125    DEPUTY    J. HAI #11110

08-18-2009 RECEIVED DT 08-18-2009 DIE DT 09-04-2009 MULTIPLE SERVICE    1

DANT                                      ATTORNEY
TOWERS                                    LARRY PRUZA
CKSON BL                                  X
IL 60604                                  X XX. 00000
                                          773 326-7850
FF LARRY ORUZA

INFORMATION: VS  9/15/09  ATTN PHILLIP  LAST NAME NOT LEGIABLE

*********************************************************************

I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
NAMED DEFENDANT PERSONALLY.
SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
_____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
SAID PARTY REFUSED NAME
3 SERVICE ON: CORPORATION  COMPANY  BUSINESS  PARTNERSHIP
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
4 CERTIFIED MAIL _____ DEPUTY

THOMAS J. DART, SHERIFF, BY:

1 SEX  M/F  RACE  AGE
2 NAME OF DEFENDANT IMPERIAL TOWERS
  WRIT SERVED ON  Laura Carreia

THIS 21 DAY OF AUG, 20__ TIME 10:38 A.P.M.

DITIONAL REMARKS ****************************************************

*********************************************************************

NAMED DEFENDANT WAS NOT SERVED.

PE OF BLDG  OFFICE                      ATTEMPTED SERVICES

GHBORS NAME _____        DATE    TIME  A.M./P.M.

  ADDRESS _____          _____  ___:___

     REASON NOT SERVED:            _____  ___:___
                  07 EMPLOYER REFUSAL
01 MOVED          08 RETURNED BY ATTY  _____  ___:___
02 NO CONTACT     09 DECEASED
03 EMPTY LOT      10 BLDG DEMOLISHED  _____  ___:___
04 NOT LISTED     11 NO REGISTERED AGT.
05 WRONG ADDRESS  12 OTHER REASONS    _____  ___:___
06 NO SUCH ADDRESS 13 OUT-OF-COUNTY

EE  .00  MILEAGE  .00  TOTAL  .00                    SG26

1401 Check-Off Form

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DIVISION

*Exhibit # 9*

LARRY DRUTA

**Plaintiff(s),**

v.

Igor H. Beck

**Defendant(s),**

and

Chase Bank

**Third Party Respondent.**

CALL _____ LINE # _____

No. _Chimines_

☐ Plaintiff ☐ Defendant ☐ Plaintiff's Counsel ☐ Defendant's Counsel ☑ Third Party Respondent ☐ Respondent's Counsel

coming on to be heard on:

☐ Rule ☐ Attachment Letter ☐ Continued Attachment ☐ Bond Call ☐ Status ☐ Summons After Conditional Judgment

by: (Plaintiff)/Defendant/Third Party Respondent for: _final judgment_

## ORDER

ORDERED THAT:

for _____ is (granted) (denied).

is withdrawn/stricken.

is entered and continued to _____ at _____ ☐ a.m. ☐ p.m. for hearing with owing briefing schedule

on examination) (Rule) (Attachment) is continued to _____ at _____ ☐ a.m. ☐ p.m. for further at which time _____ shall appear and produce the following documents: _____

to Discover Assets is dismissed and _____ is discharged.

Rule to Show Cause issued against _____ for

to appear on served citation) (failure to comply with Court Order of _____ )

ble on _____, at 9:30 a.m. in courtroom 1401.

Show Cause dismissed _____

Writ of Body Attachment issued as to _____ with Bond set at

_____ ((I) Bond)((D) Bond.)

it of Body Attachment issued on Sheriff's # _____ against _____ is (quashed) (executed).

riff of Cook County is directed to return the writ unexecuted.

ptcy Chapter (7) (11) (13) filed. Case No: _____. Supplemental proceedings are stayed until further Order of Court.

nal Judgment is entered against the respondent _Karbia and Chase Bank_ (not liable) , in favor of defendant _Igor H. Beck_ , f/u/o plaintiff _Larry Druta_ , in the sum of $ _6,888.0_

eduction proceedings continued to _October 1st_ at 11:00 a.m. in courtroom 1401, for further hearing as to: _at 9:30 am @ Room 1401 Defedant Igor Beck must bring all title deeds Documents of Bank statements — mortgage Chase Bank_ _Associate Judge ___ Aug/26/2 for S.5.5.08_

_Larry Druta_ _____

**ENTERED:**

ip: _S. Beck Ind 46628_
_773 324 7855_ FAX: _____

_____ Snyder

Judge _____ Judge's No. _____

SEP 22 2009
Circuit Court

To All Parties

_LARRY ORUM_        **Plaintiff(s)**

v.

_Cook, Castaneda at Cece._     **Defendant(s)**

_Damonica_

_250 N. Marine Dr 9th Imperial Tower_

_office Chicago, IL 60613_     **Address of Defendant(s)**

Amount Claimed:

Return Date: _3-31-06_

Status Date: _____

Trial Date: _____

Time: _____ Room: _____

## SUMMONS

### ALIAS- 298

**To each Defendant:**

**YOU ARE SUMMONED** and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077    ☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153    ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60426

on _03 - 31_ , _200 6_ before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

WITNESS _DOROTHY BROWN MAR, 8 2006_

Atty. No.: _____
Name: _LARRY ORUM_
Atty. for: _Peter Sink_
Address: _Rm 864 PL 62_
City/State/Zip: _Chicago, IL 65657_
Telephone: _773 766 2916_

**DOROTHY BROWN, Circuit Court Clerk**

Date of Service _____
(To be inserted by officer on copy left with Defendant or other person)

SEE REVERSE SIDE

** Service by Facsimile Transmission will be accepted at: _____ (Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL - COURT FILE

2120 - Served 2220 - Not Served
2121 - Alias Served    2221 - Alias Not Served - 2621 - Alias Sec. of State
**Summons** (This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649:2 thru 6)    CCM N649-100M-2/03/06 (

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## _____ MUNICIPAL DISTRICT

**Name All Parties**

LARRY ORUTII

_____ **Plaintiff(s)**

v.

Imperial Award [ ] Bork

_____ **Defendant(s)**

Nancy Bork

7950 W. [ ] Dr.   **Address of Defendant(s)T** ___

Case No. __2006 1011125__

Amount Claimed: $ _____

Appearance Filing/Return Date: __11-02-06__

Status Date: _____

Trial Date: _____

Time: _____ Room: _____

## SUMMONS

~~AMENDED~~    **FEE WAIVED**

To each Defendant:

**YOU ARE SUMMONED** and required:

1. To file your written appearance by yourself or your attorney and pay the required fee as:

☑ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077    ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☑ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on _____, _____, between the hours of 8:30 a.m. and 2:30 p.m.;

☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008    ☐ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428

on _____, _____, before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.**

Atty. No.: _____

Name: __LARRY ORUTII__

Atty. for: _____

Address: __P.o. B. 267 3185 N. Ashl... [ ]__

City/State/Zip: __Chicago IL__

Telephone: __773 326 7850__

WITNESS, **DOROTHY BROWN OCT 05 2006**

_____   _____

**DOROTHY BROWN, Circuit Court Clerk**

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

SUO P1011

[ ] SEE REVERSE SIDE

Service by Facsimile Transmission will be accepted at: _____
(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

TO THE CIRCUIT COURT OF COOK COUNTY MUNICIPAL DIVISION.

### FILED B - 15

### 2012 AUG -9 AM 9: 26

DOROTHY BROWN
CLERK OF THE CIRCUIT 06M1041125
OF COOK COUNTY, IL

LARRY ORUTA

      VS

1. JONG BECK
2. CECE DOMENICA
3. IMPERIAL TOWERS
4. CHASE BANK
5. COMMUNITY BANK

HON A. BURREL.

HON OBRIAN.

HON J. SYNIDER.

HON D.SMULTZ.

8-2-12.

MOTION TO REINSTATE GARNISHMENT AND CITATION OF DEFENDANTS JONG BECK AND CECE DOMENICA PREVIOUSLY GRANTED HON A.BURREL AND HON D.SMULTZ A FINAL JUDGMENT WAS GRANTED THUS FOR CITATION AND GARNISHMENT UNDER 735 ILCS 5/2-1401 ENFORCEMENT. BUT JUDGMENT WAS WITHHELD DUE TO COURT ERROR BY HON BURREL ON 9-28-09. ON 3-20-12 HE STATED THAT HE MADE AN ERROR AND WISHED TO RECALL IT. AS A RESULT OF ILLNES HE IS NOT ABLE TO PERFOM HIS DUTY THUS PLAINTIFF HAS PETITIONED TO HON WRIGHT TO OVER RIDE THE STAY AND ALLOW THE CITATION AND THE GARNISHMENT TO CONTINUE WITH CURRENT PRESDING JUDGE.

Now comes plaintiff Larry Oruta asserting that the statements presented above as true and accurate.

      Respectfully, Larry Oruta.

Interrogatories

property or monies belonging to the judgment debtor

ANSWER

I, Molly E. Mackey,

Agent of Garnishee

, certify under penalty of perjury that with regard to the

property of the judgment debtor, the Garnishee/Respondent files the following answer to this Garnishment and on day service of Garnishment Summons had possession of the following property of the judgment debtor:

Circle one or more of the following and indicate the amount held:

A)  Savings Account (Amount withheld) $ 0.00

B)  Checking and / or Now Account (Amount withheld) $ 0.00

C)  Certificate of Deposit (Amount held) $ 0.00

D)  Money Market Account (Amount held) $ 0.00

E)  Trust Account (Amount held) $ 0.00

F)  Safety Deposit Box $ 0.00

G)  Adverse Claimant: Name  N/A          Address  N/A

H)  Other Personal Property (Describe)  N/A

Less right of offset for other loans 0.00          Sub Total 0.00

Less deduction for fees limited by
205 ILCS 5/48.1 (g)          0.00

Total  0.00

According to the business records kept by the Garnishee/ Respondent, we show the above accounts to be held in the name(s) of others in addition to the defendant.  Their name(s) and address(es) are as follows:

Name (s)  N/A

Garnishee/Agent

Name  Imperial Towers/Molly E. Mackey, Esq.

Address  N/A

Address  120 S. Riverside Plaza

City/State/Zip  N/A

City/State/Zip  Chicago, IL 60606

Telephone/Fax  312-876-6695

and we show all funds held as of  N/A

(as of date of service of Garn. Summons)

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true.  I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

A copy of the answer to these interrogatories must be filed with the Clerk of the Circuit Court, Room  1401

located at  50 W. Washington St.          Chicago, IL          60602
          (Street)                    (City)                    (Zip)

(In addition, a copy must be sent to the Judgment creditor's representative, whose name appears on the reverse side.)

Agent for Garnishee/Respondent

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Order Motion Call (This form replaces CCM 0642)     CCM N624-75M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DISTRICT

LARRY ORUZIIE ORUTH

v.

IMPERIAL TOWEL MANAGEMENT et al

LINE NO. 28

NO. 06 M1 011125

## MOTION CALL ORDER

Present before the Court: ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Plaintiff(s)' Counsel  ☐ Defendant(s)' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED that the motion:

| | | |
|---|---|---|
| 4957 | ☐ to Vacate DWP of _____ | is GRANTED. |
| 5957 | ☐ | is DENIED. |
| 4957 | ☐ to Vacate Default Judgment of _____ | is GRANTED, |
| 4482 | ☐ and this case is set for Trial on _____ | |
| 4482 | ☐ for Status on _____ , _____ at _____ a.m./p.m. in Rm. _____ | |
| 5957 | ☐ to Vacate the Default Judgment of _____ | is DENIED. |
| 4957 | ☐ to Vacate the Dismissal of _____ | is GRANTED, |
| | and case is reinstated; Judgment for _____ | |
| 4001 | ☐ in the amount of $ _____ . | |
| 4285 | ☐ to Vacate Installment Order of _____ | is GRANTED, Judgment to stand. |
| 4280 | ☐ for Summary Judgment in favor of _____ | is GRANTED. |
| 5280 | ☐ | is DENIED |
| 4004 | ☐ to Dismiss as to Defendant _____ | is GRANTED. |
| 5004 | ☐ | is DENIED. |
| ( ) | ☐ Motion to/for _____ | is CONTINUED |
| ( ) | ☐ for HEARING at _____ a.m./p.m. on _____ , _____ in Rm. _____ | |
| ( ) | ☐ with the following briefing schedule: | |

_____

_____

_____

( ) ☒ PLAINTIFF IS GIVEN 28 DAYS TO FILE AN AMENDED COMPLAINT
& ADD NEW PARTIES WITHIN 28 DAYS

( ) ☐ See Attached Order: _____

ORDER PREPARED BY THOMAS M. GEARHART AS AMICUS

Atty. No.: _____ 06185612     ENTERED:

Name: LARRY ORUTH

Atty. for: PRO SE PLAINTIFF     DATE: Judge Pamela E. Hill Veal

Address: 3105 N. ASHLAND AVE     OCT - 5 2006

PMB 262

City/State/Zip: Chgo IL     Circuit Court - 1896     Judge's No.

Telephone: 773 - 326 - 7850     Judge

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DIVISION

*Exhibit # 5*

LARRY Oruta

_____ Plaintiff(s),

v.

Jong H Beck

_____ Defendant(s),

and

Chase Bank

_____ Third Party Respondent.

No. 0 kw 1125

CALL _____ LINE # _____

Present: ☑ Plaintiff ☐ Defendant ☐ Plaintiff's Counsel ☐ Defendant's Counsel ☑ Third Party Respondent ☐ Respondent's Counsel

This cause coming on to be heard on:

☑ Citation ☐ Rule ☐ Attachment Letter ☐ Continued Attachment ☐ Bond Call ☐ Status ☐ Summons After Conditional Judgment

☑ Motion by: Plaintiff/Defendant/Third Party Respondent for: _final judgment_

### ORDER

IT IS ORDERED THAT:

☐ Motion for _____ is (granted) (denied).

☑ Motion is withdrawn/stricken.

☑ Motion is entered and continued to _____ at _____ ☐ a.m. ☐ p.m. for hearing with
the following briefing schedule _____

☐ (Citation examination) (Rule) (Attachment) is continued to _____ at _____ ☐ a.m. ☐ p.m. for further
hearing at which time _____ shall appear and produce the following documents:
_____

☐ Citation to Discover Assets is dismissed and _____ is discharged.

☐ (Alias) Rule to Show Cause issued against _____ for
(failure to appear on served citation) (failure to comply with Court Order of _____ ,
returnable on _____ , _____ at 9:30 a.m. in courtroom 1401.

☐ Rule to Show Cause dismissed

☐ (Alias) Writ of Body Attachment issued as to _____ with Bond set at
$ _____ ((I) Bond)((D) Bond.)

☐ The Writ of Body Attachment issued on Sheriff's # _____ against _____ is (quashed) (executed).

☐ The Sheriff of Cook County is directed to return the writ unexecuted.

☐ Bankruptcy Chapter (7) (11) (13) filed. Case No: _____ (. Supplemental proceedings are stayed until further Order of Court.

☑ Conditional Judgment is entered against the respondent _Korbla and Chase Bank_, (indianapolis) in favor of defendant
_Jong H. Beck_ , f/u/o plaintiff _Larry Oruto_ , in the sum of $ _6 980.0_

☐ Wage Deduction proceedings continued to _October 1st_ at 11:00 a.m. in courtroom 1401, for further hearing as to:
_at 9:30 am @ Room 1401 Defendant Jong Beck must bring all title deeds & documents of Bank statements — mortgage of all Bank to available._

Atty. No. _5 9 5-78_

• Name: _Larry Oruta_
Address: _731 Dhais_
City/State/Zip: _Gary Ind 46628_
Telephone _773 321 785_ FAX: _____

ENTERED:

Dated: SEP 22 2009

Honorable Judge James C. Silvy
_Judge_                    Judge's No. _____

Circuit Court 1970

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS.**

THE PLAINTIFF IS GARNISHING YOUR BANK ACCOUNT

CLERICAL DESK
CIVIL PROCESS DEPUTIES

PRO SE
X
X XX. 00000
773 328-7850

ADD N WESTERN AV
CHICAGO IL 60618

**PLAINTIFF** LARRY ORUTA

**SERVICE INFORMATION:** ~~CHICAGO~~ 08/30/2007 ALM

IMPORTANT

*************************************************************

**RETURN OF GARNISHMENT — NON-WAGE SUMMONS ONLY BY SHERIFF:**

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE GARNISHEE DEFENDANT TOGETHER
    WITH FOUR (4) COPIES OF THE INTERROGATORIES AND ONE (1) OF THE
    UNDERLYING JUDGEMENT OR CERTIFICATION, AND ONE (1) OF THE GARNISHMENT
    NOTICE SPECIFIED ON SEC. 12-705 OF THE GARNISHMENT ACT AS FOLLOWS:
    SERVICE ON: CORPORATION ✓ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
    BY LEAVING COPIES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR
    PARTNER OF THE DEFENDANT

(B) 'CERTIFICATE OF MAILING'
    I HEREBY CERTIFY THAT WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE, OF
    THE GARNISHMENT SUMMONS, INTERROGATORIES AND GARNISHMENT NOTICE. I SERVED
    UPON THE JUDGEMENT DEBTOR IN THIS CAUSE A COPY OF THE GARNISHMENT SUMMONS
    AND GARNISHMENT NOTICE, BY FIRST CLASS MAIL TO THE JUDGEMENT DEBTOR'S
    ADDRESS AS INDICATED IN THE GARNISHMENT NOTICE
    ON ___ DAY OF ___ 20 ___ , DEPUTY

(C) THOMAS J. DART, SHERIFF, BY: ___

    1 SEX M/F   RACE W   AGE 30
    2 NAME OF DEFENDANT   NORTH COMMUNITY BANK
      WRIT SERVED ON   DAVID NORVELL

    THIS 6 DAY OF AUG , 20 07 TIME 10:54 A.M./P.M.

**ADDITIONAL REMARKS**

*************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _Bank_

NEIGHBORS NAME ___

ADDRESS ___

ATTEMPTED SERVICES

DATE      TIME   A.M./P.M.

REASON NOT SERVED:

| | |
|---|---|
| 01 MOVED | 07 EMPLOYER REFUSAL |
| 02 NO CONTACT | 08 RETURNED BY ATTY |
| 03 EMPTY LOT | 09 DECEASED |
| 04 NOT LISTED | 10 BLDG DEMOLISHED |
| 05 WRONG ADDRESS | 11 NO REGISTERED AGT. |
| 06 NO SUCH ADDRESS | 12 OTHER REASONS |
| | 13 OUT OF COUNTY |

MILEAGE .00   TOTAL .00

SG12 0000

Order (Rev. 11/14) (3rd form replaces CCMF 0642)        CCM N023-5M-3/08/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DISTRICT

Exhibit # 9-2

LARRY OKUTA

LINE NO. _____

v.

No. 06 M1-111185

Cece Odunenia

## MOTION CALL ORDER

Present before the Court: ☑ Plaintiff(s)  ☐ Defendant(s)  ☐ Plaintiff(s)' Counsel  ☐ Defendant(s)' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED that the Motion:

| | | |
|---|---|---|
| 4902 | ☐ to Vacate DWP of _____ | is GRANTED. |
| 5902 | ☐ | is DENIED. |
| 4902 | ☐ to Vacate Default Judgment of _____ | is GRANTED, |
| 4482 | ☐ and this case is set for Trial on _____, _____ at _____ a.m./p.m. in Rm. _____ | |
| 4482 | ☐ for Status on _____, _____ at _____ a.m./p.m. in Rm. _____ | |
| 5902 | ☐ to Vacate the Default Judgment of _____ | is DENIED. |
| 4902 | ☐ to Vacate the Dismissal of _____ | is GRANTED, |
| | and case is reinstated; Judgment for _____ | |
| 4001 | ☐ in the amount of $ _____ . | |
| 4384 | ☐ to Vacate Installment Order of _____ | is GRANTED, Judgment to stand. |
| 4280 | ☐ for Summary Judgment in favor of _____ | is GRANTED. |
| 5280 | ☐ | is DENIED. |
| 4226 | ☐ to Dismiss as to Defendant _____ | is GRANTED. |
| 5226 | ☐ | is DENIED. |
| ( ) | ☐ Motion to/for _____ | is CONTINUED |
| ( ) | ☐ for HEARING at _____ a.m./p.m. on _____, _____ in Rm. _____ | |
| ( ) | ☐ with the following briefing schedule: | |

( ) ☐ Judgment is entered in favor of the Plaintiff _____ and against
the Defendant _____ in the sum of $ _____ plus court costs.

( ) ☐ motion order to provide address
for service to Defendant Cece Odunenia

( ) ☐ See Attached Order: requested by Plaintiff Larry Okuta

Atty. No.: 85500

Name: Larry Okuta

Atty. for: plaintiff

Address: 731 Dorian St.

City/State/Zip: _____

Telephone: 773 376 7850

ENTERED:

Dated: _____

ASSOCIATE JUDGE MARTIN PAUL MOLTZ
AUG 18 2009
Circuit Court-1969

_____
Judge          Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**